**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**ALLANDRIS P. SWANIGAN**                                                      **PLAINTIFF**


**VERSUS**                              **CIVIL ACTION NO.:** 2:22-cv-2032

                                        **JURY TRIAL DEMANDED**

**CLASS A SECURITY, LLC and**
**MID-SOUTH TRANSPORTATION MANAGEMENT, INC.**
**a/k/a MEMPHIS AREA TRANSIT AUTHORITY**                          **DEFENDANTS**


**COMPLAINT**

Plaintiff, ALLANDRIS P. SWANIGAN, by and through her attorneys, Johnson & Bennett, PLLC, brings this Complaint for a cause of action arising under Title VII of the Civil Rights Act of 1964, 42 USC §2000(e) et seq., as amended by the Pregnancy Discrimination Act of 1978 (Pregnancy and Sex) and, in support of, states as follows:

**PARTIES**

1.      Plaintiff, Allandris P. Swanigan, is an adult citizen of Memphis, Shelby County, Tennessee.

2.      Defendant, Class A Security, LLC, (Class A) is a Limited Liability Company organized under the laws of the State of Tennessee. Defendant is an employer within the meaning of Title VII of the Civil Rights Act of 1964 (Title VII), 42 U.S.C §2000e as amended by the Pregnancy and Discrimination Act of 1978. Defendant can be served process through its registered agent, Lewis Hurd, at 5986 Knight Arnold Road, EXT STE 6, Memphis, TN 38115-3218

3.      Defendant, Mid-South Transportation Management, Inc. (MTM) a/k/a Memphis Area Transit Authority (MATA) (collectively referred to as MATA) is a municipal public transportation system and transit authority organized and existing under and by virtue of Tennessee Code Annotated § 7-56-101, et seq., and Section 2-56, et seq., of the Code of Ordinances of the City of Memphis, Tennessee, a municipal corporation. Defendant was created by the Memphis City Government to assists with the transportation needs for Memphis residents. Defendant is an employer within the meaning of Title VII of the Civil Rights Act of 1964 (Title VII), 42 U.S.C §2000e as amended by the Pregnancy and Discrimination Act of 1978. MATA may be served with process by serving its Chief Executive Officer, Gary Rosenfeld, 1370 Levee Road, Memphis, Tennessee 38108. Defendant may also be served with process through its Registered Agent, C T Corporation System, 300 Montvue Rd. Knoxville, TN 37919-5546.

## JURISDICTION AND VENUE

4.      Jurisdiction of this Court is invoked pursuant to federal question under 28 U.S.C. §§ 1331 and civil rights jurisdiction under 28 U.S.C. §1343.   This Court has authority to award costs and attorney fees pursuant to 42 U.S.C § 1988.

5.      Venue under 28 U.S.C. § 1391 is proper in this district because the unlawful employment practices complained of were committed in Memphis, Shelby County, Tennessee which is in the United States District Court for the Western District of Tennessee, Western Division.

6.      On April 9, 2020, Ms. Swanigan timely filed a Charge of Discrimination (490-2020-00362) against Class A Security for pregnancy/sex discrimination and retaliation with the United States Equal Employment Opportunity Commission (EEOC) attached as Exhibit A.

7.    On April 14, 2020, Ms. Swanigan timely filed a Charge of Discrimination (490-2020-01652) against MATA for pregnancy/sex discrimination and retaliation with the United States Equal Employment Opportunity Commission (EEOC) attached as Exhibit B.

8.    On October 26, 2021 the EEOC issued Ms. Swanigan a Notice of Right to Sue for Defendant Class A Security's and MATA's charges which are attached as Exhibit C and Exhibit D respectively.

9.    Plaintiff timely files this action.

## FACTS

10.    Allandris Swanigan completed an application for an Independent Contractor with Class A Security, LLC on August 14, 2019.

11.    Ms. Swanigan began working for Class A Security on or about, September 3, 2019, as an armed security guard.

12.    Lewis Hurd is the President and CEO of Class A Security.

13.    Ms. Swanigan was presented with an opportunity to fulfill a contract Class A Security had with MATA.

14.    On or about, October 4, 2019, Lewis Hurd assigned Ms. Swanigan to work at the Watkins Street Entrance of MATA's headquarters, located at 1370 Levee Road., Memphis, TN 38108.

15.    Ms. Swanigan was responsible for controlling gate access at her location and to ensure only MATA employees were granted access.

16.    Ms. Swanigan had to take multiple restroom breaks while assigned to her post at the gate.

17.    Ms. Swanigan's restroom breaks took her away from her post.

18.    Ms. Swanigan did not know to have someone relieve her from her post when she went to the restroom.

19.    Aaron Chism, MATA's Safety and Security Investigator, saw that Ms. Swanigan was absent from her post at times.

20.    Ms. Swanigan learned that she was pregnant on October 30, 2019, by home pregnancy test.

21.    On or about October 30, 2019, at approximately 3:20 AM, a car accident occurred near Plaintiff's post at the Watkins Street Entrance where an unknown vehicle had struck her parked vehicle.

22.    Following the hit and run incident in the employee parking lot, on October 31, 2019, Aaron Chism spoke with Ms. Swanigan about the incident as well as being absent from her post.

23.    Ms. Swanigan informed Chism that she was pregnant and had to leave her post to go to the restroom.

24.    Aaron Chism informed Ms. Swanigan that Lewis Hurd knew that Chism did not want any pregnant guards working for MATA.

25.    MATA informed Ms. Swanigan that it would request her removal from her post.

26.    MATA wanted Ms. Swanigan removed from her post due to her pregnancy and in retaliation for requesting accommodation for breaks due to needing to go to the restroom because of her pregnancy.

27.    Aaron Chism informed Lewis Hurd of Ms. Swanigan's absences from her post.

28.    Upon information and belief, Aaron Chism requested that Lewis Hurd remove Ms. Swanigan from any position at MATA.

29.     Ms. Swanigan was removed from her post at MATA on October 31, 2019.

30.     Ms. Swanigan was approximately four weeks and two days pregnant when she was terminated from MATA.

31.     In November of 2019, a Class A supervisor informed Ms. Swanigan that Class A Security no longer had a position for her because Ms. Swanigan was a "liability."

32.     The Reason Class A Security viewed Ms. Swanigan as a liability was due to her pregnancy.

33.     Class A Security removed Ms. Swanigan from her position because of her pregnancy and in retaliation for engaging in protected activity by reporting her pregnancy and her need for restroom breaks to Aaron Chism and Lewis Hurd.

34.     Ms. Swanigan was able and willing to do her job for the Defendant MATA.

35.     Ms. Swanigan was able and willing to do her job for the Defendant Class A Security, LLC.

36.     Plaintiff was pregnant and qualified for her position when Defendants terminated her employment.

37.     Defendant MATA requested Ms. Swanigan's removal due to her pregnancy.

38.     Defendant Class A Security terminated Ms. Swanigan's contract because of her pregnancy.

39.     Defendant MATA violated Plaintiff's rights under Title VII of the Civil Rights Act of 1964, as amended by the Pregnancy Discrimination Act of 1978 (Pregnancy and Sex).

40.     Defendant Class A Security violated Plaintiff's rights under Title VII of the Civil Rights Act of 1964, as amended by the Pregnancy Discrimination Act of 1978 (Pregnancy and Sex).

41.     Defendants' violations of Plaintiff's statutory rights under Title VII were intentional and willful and done in direct disregard for Plaintiff's right to be free from such unlawful discriminatory activity.

42.     Defendants' violations of Plaintiff's statutory rights under Title VII were intentional and willful and done in direct disregard for Plaintiff's right to be free from retaliation for protected activity undertaken pursuant to the aforementioned Act.

43.     Plaintiff suffered loss of pecuniary interest due to the actions of the Defendants in discriminating and retaliating against her, including loss of pay, loss of opportunities, benefits, and other tangibles.

44.     Plaintiff has suffered mental anxiety and stress, inconvenience, loss of enjoyment of life, loss of income and valuable benefits as a result of the Defendants' actions.

45.     Defendant Class A Security's violation of Plaintiff's federally protected rights was done with malice or reckless indifference to Plaintiff's federally protected rights so that Defendant Class A is liable for punitive damages for its egregious actions.

46.     Defendant MATA's violation of Plaintiff's federally protected rights was done with malice and reckless indifference to Plaintiff's federally protected rights.

## **PRAYER FOR RELIEF**

47.     Plaintiff sustained substantial monetary and non-monetary damages as a result of Defendants' illegal conduct, and Ms. Swanigan demands such legal and equitable relief as will effectuate the purposes of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, as amended by the Pregnancy Discrimination Act of 1978, including but not limited to, the following:

   a.  Accrual of back pay, front pay (in lieu of reinstatement), fringe benefits, and other emoluments of employment;

    b.   Compensatory damages;

    c.   Punitive damages, as to Defendant Class A Security, only;

    d.   Loss of enjoyment of life;

    e.   Lost opportunities;

    f.   Costs and attorney fees;

    g.   Appropriate affirmative action;

    h.   Reinstated or other equitable relief;

    i.   Any interest due on the amount awarded; and

    j.   Any other relief that this Court deems just and equitable.

48.    Plaintiff prays that a jury be empaneled to decide this matter and determine damages and that Plaintiff be reinstated and awarded reasonable attorney fees and costs.

THIS the 24th day of January, 2022.

Respectfully submitted,

ALLANDRIS P. SWANIGAN

**/s/Kristy L. Bennett**
KRISTY BENNETT BPR# 30016
TRESSA V. JOHNSON BPR# 26401
Attorneys for Plaintiff
Johnson & Bennett, PLLC
1407 Union Ave., Ste. 807
Memphis, TN 38104
(901) 402-6601
(901) 462.8629 fax
kristy@myjbfirm.com