**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ALLANDRIS P. SWANIGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:22-cv-2032-JTF-tmp** |
| | ) | |
| **CLASS A. SECURITY, LLC, et al,** | ) | |
| | ) | |
| **Defendants,** | ) | |

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice against Defendants Mid-South Transportation Management, Inc. and Memphis Area Transit Authority pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) in accordance with the Order of Dismissal with Prejudice, entered on September 2, 2022. (ECF No. 42.)

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                           THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE           CLERK


September 2, 2022                                     Ameshia Forrest
DATE                                                        (By) LAW CLERK