# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ALLANDRIS P. SWANIGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-02032-JTF-tmp |
| | ) |
| CLASS A SECURITY, LLC, et al, | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Granting Plaintiff Allandris P. Swanigan's Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2), against Defendant Class A Security, entered on September 9, 2022.  (ECF No. 45.)

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE                        CLERK


September 9, 2022                                   Ameshia Forrest
DATE                                                (By) LAW CLERK